IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ronald E. Tate,  Case No. 1:12CV2332

    Petitioner

    v.  **ORDER**

Barry Goodrich,

    Respondent

This is a habeas corpus case under 28 U.S.C. § 2254. Following reference to a United States Magistrate Judge for a Report and Recommendation, the Magistrate Judge has submitted a Report and Recommendation recommending denial of the petition.

The petitioner has not filed a timely objection, though being notified of his need to do so.

On *de novo* review of the Report and Recommendation, I find that the Magistrate Judge's recommendation of dismissal is well-taken.

It is, therefore,

ORDERED THAT:

1. The Report and Recommendation of the Magistrate Judge be, and the same hereby is adopted as the order of this court; the Clerk shall enter a dismissal accordingly; and

2. An appeal from this order could not be taken in good faith, and reasonable jurists could not reasonably disagree with this order; accordingly, no certificate of appeal

shall issue, and no appeal shall be taken without prepayment of the requisite filing fee.

The Clerk shall issue an order accordingly.

So ordered.

/s/ James G.Carr
Sr. U.S. District Judge